**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6625**

———————

RICKY WAYNE BOBLETT,

Petitioner - Appellant,

versus

DIRECTOR, DEPARTMENT OF CORRECTIONS; VIRGINIA
PAROLE BOARD,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-00-184-7)

———————

Submitted:  August 24, 2000          Decided:  August 30, 2000

———————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ricky Wayne Boblett, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Wayne Boblett seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>See</u> <u>Boblett v. Director, Dep't of Corr.</u>, No. CA-00-184-7 (W.D. Va. Apr. 21, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>